**Order entered September 20, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00892-CV

**DAVIS D. GILLIS, ET AL., Appellants**

**V.**

**PROVOST & UMPHREY LAW FIRM, L.L.P., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15198**

## ORDER

We **GRANT** appellants' September 17, 2013 unopposed second motion for an extension

of time to file a brief. Appellants shall file their brief on or before October 7, 2013. We caution

appellants that no further extension of time will be granted absent extraordinary circumstances.


/s/    DAVID LEWIS
JUSTICE